## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Racer and its owners and affiliates to pay me, *inter alia*, overtime wages as required under state and/or federal law and also authorize the filing of this consent in the lawsuit challenging such conduct, and consent to being named as a representative plaintiff in this action to make decisions on behalf of all other plaintiffs concerning all aspects of this lawsuit. I have been provided with a copy of a retainer agreement with the law firm of Levin-Epstein & Associates, P.C., and I agree to be bound by its terms.

**NICOLETTE LUPO**

*Electronically Signed — 2022-06-24 20:22:10 UTC - 98.14.149.106*
*Nintex AssureSign® — 6c3f08cd-013d-4fe2-8a7c-aebe014f6b71*

Nicolette Lupo

Dated: 06/24/2022