UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLETTE LUPO, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,<br><br>                              Plaintiff,<br><br>-against-<br><br>RACER TECHNOLOGIES, INC.,<br><br>                              Defendant. | 1:22-cv-05448 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This case was referred to the FLSA Pilot Program for mediation on August 31, 2022. *See* ECF No. 10. Accordingly, the deadline for the parties to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order pursuant to the July 1, 2022 Order is hereby adjourned. *See* ECF No. 6. The initial pretrial conference scheduled for February 28, 2023 was previously adjourned by Order dated September 19, 2022. *See* ECF No. 11. The parties shall file a joint status letter to the Court within 10 days of the completion of mediation.

Dated:  October 4, 2022
          New York, New York

                                                SO ORDERED.

                                                _____
                                                JENNIFER L. ROCHON
                                                United States District Judge