UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Nicolette Lupo, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

Index No.: 1:22-cv-05448

**FED.R.CIV.P. 68 JUDGMENT**

                                     *Plaintiff*,

       *-against-*

Racer Technologies, Inc.,

                                     *Defendant*.
------------------------------------------------------------------------X

       Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Racer Technologies, Inc. (the "Defendant"), having offered to allow Plaintiff Nicolette Lupo ("Plaintiff") to take a judgment against the Defendant in this action for the total sum Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendant's offer of judgment, it is,

       ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $10,000.00 as against Defendant.

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendant.

Dated: October 25, 2022
       New York, New York

                                                          SO ORDERED:

                                                          */s/ Jennifer Rochon*
                                                          Jennifer L. Rochon, U.S.D.J.